# Court of Appeals
# of the State of Georgia

ATLANTA,_January 28, 2020_____

*The Court of Appeals hereby passes the following order:*

**A20A1082. JUSTIN DANIEL RICE v. THE STATE.**

After a grand jury indicted Justin Rice for multiple counts of child molestation, sexual exploitation of children, and invasion of privacy, he filed several pretrial motions, including a special demurrer in which he raised facial and as-applied challenges to the constitutionality of the child molestation statute. The trial court orally denied the special demurrer during a hearing on October 8, 2018. Following a bench trial, the trial court found Rice guilty of eight counts of child molestation, two counts of sexual exploitation of children, and three counts of invasion of privacy. In his motion for a new trial, as amended, Rice challenged the denial of his special demurrer. The trial court denied the motion for a new trial, and this appeal followed.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)). Because the trial court expressly rejected Rice's challenges to the constitutionality of a criminal statute in this case, it appears that jurisdiction over this appeal lies in the Supreme Court. See *Jenkins v. State*, 284 Ga. 642, 643-644 (1) (670 SE2d 425) (2008) (the Supreme Court's jurisdiction is invoked where a criminal defendant raises a constitutional question that the trial court "distinctly ruled upon," even if the trial court's oral ruling was not reduced to writing). As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis &*

*Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* <u> 01/28/2020  </u>
 *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

<u>    *Stephen E. Castlen*   </u> *, Clerk.*